UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAMARA TERESA TIKAL,<br><br>Debtor. | No. 2:24-mc-00080-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING REQUEST FOR FINAL ORDER OF GARNISHMENT<br><br>(Doc. Nos. 8, 9) |
| CAMPING WORLD HOLDINGS GROUP, INC.,<br><br>Garnishee. | |

This matter is before the court on plaintiff United States' application for a final order continuing wage garnishment. (Doc. No. 1.) On February 14, 2024, the United States filed an application for a writ of continuing garnishment of twenty-five percent (25%) of debtor Tamara Teresa Tikal's non-exempt disposable earnings held by garnishee Camping World Holdings Group, Inc. ("garnishee"). (*Id.*) On February 27, 2024, the Clerk of the Court issued the Writ of Continuing Garnishment and the Clerk's Notice of Instructions to Debtor. (Doc. No. 3.) The United States served the Writ and related documents on the garnishee and the debtor. (Doc. Nos. 4, 5.)

/////

1

1  On July 23, 2024, the United States filed a request for findings and recommendations with regard
2  to a final order of garnishment. (Doc. No. 8.) The matter was referred to a United States
3  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
4       On July 25, 2024, the assigned magistrate judge issued findings and recommendations
5  recommending that the United States' request for final order of garnishment be granted. (Doc.
6  No. 9.) The findings and recommendations were served on the parties and contained notice that
7  any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at
8  2.) To date, no objections to the findings and recommendations have been filed with the court,
9  and the time in which to do so has now passed.
10      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a
11 *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings
12 and recommendations to be supported by the record and by proper analysis.
13      Accordingly,
14     1. The findings and recommendations issued on July 25, 2024 (Doc. No. 9) are
15        adopted in full;
16     2. The United States' request for a final order of continuing garnishment (Doc. No. 8)
17        is granted;
18     3. Garnishee Camping World Holdings Group, Inc. is directed to pay the Clerk of the
19        United States District Court the amount of non-exempt disposable earnings,
20        including but not limited to wages, earnings, commissions, and bonuses, already
21        withheld as a result of the writ, within fifteen (15) days of the entry of this order.
22        Payment shall be made in the form of a check, money order, or company draft,
23        made payable to the "Clerk of the Court" and delivered to:
24             Office of the Clerk
                  501 I St., Rm. 4-200
25             Sacramento, CA 95814
26        The criminal case number (2:12-CR-00362-TLN) shall be stated on the payment
27        instrument;
28 /////

4. Garnishee Fate Therapeutics, Inc., is directed to pay the Clerk of the United States District Court twenty-five percent (25%) of debtor Tamara Teresa Tikal's ongoing and non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses;

5. The United States be entitled to recover a $364,274.43 litigation surcharge after satisfaction of the judgment amount owed by debtor Tamara Teresa Tikal;

6. The court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

7. The garnishment shall terminate when (1) the United States seeks to terminate the writ or (2) when the judgment amount and litigation surcharge are fully satisfied.

IT IS SO ORDERED.

Dated: **August 21, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE